# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE ONLEY, | NO. CV 14-1657-PSG(AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| F. FOULK, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 07/20, 2015.

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE